## STATE OF OREGON,
*Respondent,*

*v.*

## LUIS AGUILAR-AVILA,
*Appellant.*

00C-53561, 02C-48219; A119821 (Control), A120349
(Cases Consolidated)

140 P3d 1167

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Jonathan H. Fussner, Attorney-In-Charge, Criminal Appeals Unit, for petition.

Before Edmonds, Presiding Judge, and Wollheim and Schuman, Judges.

PER CURIAM

Motion for relief from default granted; reconsideration allowed; former disposition withdrawn; affirmed. *State v. Perez*, 340 Or 310, 131 P3d 168 (2006); *State v. Gornick*, 340 Or 160, 130 P3d 780 (2006).